NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

(Serial No. 10/016,750)

## IN RE SHAHRAM MOSTAFAZADEH and JOSEPH O. SMITH

2010-1260

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## O R D E R

Upon consideration of the Director of the United States Patent and Trademark Office's motion for a 50-day extension of time, until September 24, 2010, to file his brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

AUG 2 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Steve D. Beyer, Esq.
   Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 02 2010

JAN HORBALY
CLERK